UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AKHTAR ALI,

                Plaintiff,                      **MEMORANDUM & ORDER**

    - against -

                                                     14-cv-313 (SLT) (CLP)

NEW YORK CITY DEPARTMENT OF
TRANSPORTATION and KISKA CONTRUCTION,
INC.,

                Defendants.
------------------------------------------------------------X
AKHTAR ALI,

                Plaintiff,

    - against -                                    14-cv-312 (SLT) (CLP)

NEW YORK CITY ENVIRONMENTAL CONTROL
BOARD, NEW YORK CITY DEPARTMENT OF
BUILDINGS, NEW YORK CITY HOUSING
PRESERVATION AND DEVELOPMENT and
NEW YORK CITY OFFICE OF THE MAYOR,

                Defendants.
------------------------------------------------------------X

**TOWNES, United States District Judge,**

On January 15, 2014, plaintiff Akhtar Ali, proceeding *pro se*, filed two complaints pursuant to 42 U.S.C. § 1983, which were assigned docket numbers 14-cv-312 and 14-cv-313, against, *inter alia*, various New York City municipal entities for issuing allegedly improper building violations and work permits in connection with several adjacent properties located on Jamaica Avenue in Queens County, New York. The municipal defendants have moved to dismiss pursuant to Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure on the grounds that, *inter alia*, Plaintiff lacks standing to pursue the instant action because he is not the owner of any of the properties at issue. In an order dated November 4, 2014, this Court explained that it appears that Plaintiff lacks standing, but out of an abundance of caution, in light of Plaintiff's *pro se* status, declined to immediately dismiss the actions. Instead, the Court

1

directed Plaintiff to submit evidence by November 17, 2014 establishing that he has standing to pursue these actions. The Court expressly warned Plaintiff that failure to respond to the November 17, 2014 order would result in dismissal for lack of standing. Plaintiff has not responded to this Court's November 17, 2014 order. Accordingly, this matter is dismissed for lack of standing.

**SO ORDERED**

s/Sandra L. Townes

SANDRA L. TOWNES
United States District Judge

Dated: Brooklyn, New York
      November 19, 2014